B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Protein Polymer Technologies, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>33-0311631 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>7660 Fay Avenue<br>Suite 352<br>La Jolla, CA<br>ZIP CODE 92037 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>San Diego County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ■ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11       Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                            Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>-----------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Protein Polymer Technologies, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: None | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) Not applicable | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Protein Polymer Technologies, Inc. |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney\*** X *[signed] Ka B. Skomorucha* Signature of Attorney for Debtor(s) Karen B. Skomorucha Printed Name of Attorney for Debtor(s) Ashby & Geddes, P.A. Firm Name 500 Delaware Avenue, P.O. Box 1150 Wilmington, Delaware 19899-1150 Address (302) 654-1888 Telephone Number May 20, 2011 Date *\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X *[signed]* Signature of Authorized Individual James B. McCarthy Printed Name of Authorized Individual Chief Executive Officer Title of Authorized Individual May 20, 2011 Date | Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PROTEIN POLYMER TECHNOLOGIES, INC., | ) | Case No. 11-_____ (____) |
| | ) | |
| Debtor. | ) | |

## CREDITOR MATRIX

The following is a list of creditors of the above-captioned debtor which was prepared in accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware for filing in this chapter 7 case.

# Protein Polymer Technologies, Inc.
# Creditor Matrix

| | |
|---|---|
| Adelson, Richard | 100 Eagle Rock Avenue<br>East Hanover, NJ 07936 |
| AT&T California | Payment Center<br>Sacramento, CA 95887-0001 |
| B Braun Medical, Inc. | P.O. Box 512382<br>Philadelphia, PA 19175-2382 |
| BIOCOM / San Diego | 4510 Executive Drive, Plaza One<br>San Diego, CA 92121 |
| C&R Transfer Corporation | 5803 Kearny Villa Road<br>San Diego, CA 92123 |
| Cappello, Joseph | 12879 Corbett Ct.<br>San Diego, CA 92130 |
| Caylaus, Inc. | 1215 Jefferson Street<br>Hollywood, FL 33019 |
| CFO Strategies | P.O. Box 927616<br>San Diego, CA 92192 |
| CJ Klopek | 1396 Poinsettia Ave.<br>Vista, CA 92081 |
| Colonial Life & Accident Ins. Co. | Processing Center<br>P.O. Box 1365<br>Columbia, SC 29210 |
| Continental Stock Transfer & Trust | 17 Battery Place, 8th Floor<br>New York, NY 10004 |
| Creative Public Relations | No Address Available |
| CT Corporation | P.O. Box 4349<br>Carol Stream, IL 60197-4349 |
| Culligan | 7575 Carroll Road<br>San Diego, CA 92121 |

| | |
|---|---|
| DLA Piper US, LLP | 5266 Paysphere Circle<br>Chicago, IL 60674 |
| Dorsey & Whitney LLP | 50 S. Sixth Street, Ste. 1500<br>Minneapolis, MN 55402-1498 |
| Farber, Allan | 7710 Newport Lane<br>Parkland, FL 33067 |
| Feiner, Esq., Barry | 170 Harrison Avenue<br>Harrison, NY 10258 |
| Feiner, Esq., Richard | 381 Park Avenue South, Suite 1601<br>New York, NY 10016 |
| Flatiron Capital | P.O. Box 17600<br>Denver, CO 80217-0600 |
| Franchise Tax Board | 100 ES Unit<br>P.O. Box 942857<br>Sacramento, CA 94257-0531 |
| Gemini Consulting Group, Inc. | 2215 York Road, Ste. 210<br>Oak Brook, IL 60523-2393 |
| Getinge/Castle, Inc. | 1265 Solutions Center<br>Chicago, IL 60677-1002 |
| Hare & Co. | c/o TAG Virgin Islands, Inc.<br>The Tunick Building<br>1336 Beltjen Road, Ste. 202<br>St. Thomas, VI 00802 |
| Hunter & Co. | c/o TAG Virgin Islands, Inc.<br>The Tunick Building<br>1336 Beltjen Road, Ste. 202<br>St. Thomas, VI 00802 |
| IKON Financial Services | P.O. Box 650073<br>Dallas, TX 75265-0073 |
| J.H. Cohn | 4180 Ruffin Road, Ste. 235<br>San Diego, CA 92123 |
| Kuhn, Kerry | 1725 University Drive<br>Coral Springs, FL 33071 |

| | |
|---|---|
| McCarthy, James | 418 S. Park<br>Hinsdale, IL 60521 |
| Moore & Van Allen PLLC | P.O. Box 198743<br>Atlanta, GA 30384-8743 |
| Morgan Lewis & Bockius LLP | P.O. Box 79356<br>City of Industry, CA 91716-9356 |
| Murphy, Pearson, Bradley & Feeney | 88 Kearny Street, 10th Floor<br>San Francisco, CA 94108 |
| Pace, Ph.D., Esq., Gary M. | 306 Oregon Circle<br>Cary, NC 27511 |
| Pacificare | P.O. Box 1346<br>Los Angeles, CA 90088-1346 |
| Plamondon, William | 4240 Galt Ocean Drive, #404<br>Ft. Lauderdale, FL 33308 |
| Principal Group | P.O. Box 2000<br>Mason City, IA 50402-2000 |
| Prudential Overall Supply | P.O. Box 11210<br>Santa Ana, CA 92711 |
| R.I. Heller & Co., LLC | 4240 Galt Ocean Drive, Ste. 404<br>Ft. Lauderdale, FL 33308 |
| San Diego County Treasurer | P.O. Box 129009<br>San Diego, CA 92112 |
| Sorrento Valley Self Storage | 10531 Sorrento Valley Road<br>San Diego, CA 92121 |
| Sprint | P.O. Box 4181<br>Carol Stream, IL 60197-4181 |
| Squar Milner | 3655 Nobel Drive, Suite 450<br>San Diego, CA 92122 |
| Szulik, Matthew | 3717 William Cowan Wynd<br>Raleigh, NC 27612 |

| | |
|---|---|
| The Corporation Trust Co. | Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Villasenor, Christopher | 9710 Scranton Road<br>Suite 170<br>San Diego, CA 92121 |
| Vintage Filings, LLC | 150 W. 46th Street, 6th Floor<br>New York, NY 10036 |
| Wells Fargo Insurance Services | Department 33720<br>P.O. Box 39000<br>San Francisco, CA 94139 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 7
)
PROTEIN POLYMER ) Case No. 11-_____ (____)
TECHNOLOGIES, INC., )
)
        Debtor. )

### VERIFICATION OF CREDITOR MATRIX

      Protein Polymer Technologies, Inc., a debtor in the above-captioned chapter 7 case, (the "Debtor") hereby certifies under penalty of perjury that the *Creditor Matrix* submitted herewith, pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the list of creditors of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

      The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not and should not be deemed to constitute (i) a waiver of any defense to any listed claims, (ii) an acknowledgement of the allowability of any listed claims or (iii) a waiver of any other right or legal position of the Debtor.

Date: May 20, 2011

                                                      James B. McCarthy
                                                      Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571

{00518676;v1}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PROTEIN POLYMER TECHNOLOGIES, INC., | ) ) ) | Case No. 11-_____ (____) |
| Debtor. | ) | |

### DISCLOSURE OF CORPORATE OWNERSHIP

Pursuant to Rule 7007.1(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to this chapter 7 case by Bankruptcy Rule 1007(a)(1), Protein Polymer Technologies, Inc. hereby states that, upon information and belief, no corporation directly or indirectly owns 10% or more of any class of its equity interests.

Date: May 20, 2011

_____
James B. McCarthy
Chief Executive Officer

# WRITTEN CONSENT OF THE SOLE DIRECTOR OF
# PROTEIN POLYMER TECHNOLOGIES, INC.

The undersigned, being the sole director of Protein Polymer Technologies, Inc. (the "Company"), does hereby consent to and adopt the following resolutions:

## 1. Bankruptcy Matters

**RESOLVED** that, after consideration, it is desirable and in the best interests of the Company, its creditors and other interested parties, that authority be granted, authorizing the filing of a petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

**FURTHER RESOLVED** that James B. McCarthy, Chief Executive Officer of the Company, is authorized and empowered to execute on behalf of the Company a petition for relief under chapter 7 of the Bankruptcy Code and to file such a petition in the Bankruptcy Court, and to execute any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate; and

**FURTHER RESOLVED** that James B. McCarthy, Chief Executive Officer of the Company, is authorized to retain on behalf of the Company the law firm of Ashby & Geddes, P.A. as general bankruptcy counsel to represent and assist it in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection with the petition and the bankruptcy proceedings commenced thereby and any related matters in connection therewith; and James B. McCarthy is authorized and directed to execute, to the extent applicable, appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the petition; and

## 2. General Authority

**RESOLVED** that any and all actions heretofore taken by James B. McCarthy, Chief Executive Officer of the Company, in connection with the transactions or objections approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved and confirmed in all respects; and

**FURTHER RESOLVED,** that James B. McCarthy, Chief Executive Officer of the Company, is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions that may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

{00518714;v1}

**IN WITNESS THEREOF** this written consent has been executed by the undersigned James B. McCarthy, sole director and Chief Executive Officer of the Company, effective as of this 20th day of May, 2011.

PROTEIN POLYMER TECHNOLOGIES, INC.

By: _____
      James B. McCarthy

B 203
(12/94)

# United States Bankruptcy Court

_____ District Of Delaware

**In re**

Protein Polymer Technologies, Inc.     Case No. _____

**Debtor**     Chapter  7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................. $ 10,000

   Prior to the filing of this statement I have received ........................ $ 10,000

   Balance Due ............................................................... $ 0.00

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify)

3. The source of compensation to be paid to me is: n/a

   ☐ Debtor     ☐ Other (specify)

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    n/a

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| May 20, 2011 | /s/ Ka B. Emanuel |
|---|---|
| Date | Signature of Attorney |

Ashby & Geddes, P.A.
Name of law firm