# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

September 2, 2011

**VIA FAX**

Katharine L. Mayer
McCarter & English, LLP
Renaissance Centre
405 N. King Street
8th Floor
Wilmington, DE 19801-3717

**Re:  Protein Polymer Technologies, Inc.
      Case No. 11-11567**

Dear Ms. Mayer:

    This is in response to your September 1, 2011 letter regarding the above.

    You recall that at the August 25 hearing, we concluded that the Trustee would, within two days, pay all the post-petition rent for the period up through August 21, 2011.  In accordance with § 365(d)(3), the Trustee would continue to pay rent until he vacated.  Mr. Hiller rejected this proposal and I ruled that the Trustee would have 15 days to get out of the property.

    In your letter you state that CJ Klopek would not release the cell lines "until it is paid".  If this means post-petition rent, it is my view that that offer is essentially the offer that was rejected by Mr. Hiller.  If this means pre-petition and post-

petition rent, that effectively constitutes a violation of the automatic stay order. If that is the case, then an order to protect the Chapter 7 Trustee's interest may be appropriate. Please advise.

                                  Very truly yours,

                                  Peter J. Walsh

PJW:ipm

cc:  Adam Hiller, Esq. (VIA E-MAIL)